UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

  -v-                                       No. 20 CV 1186-LTS

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
-------------------------------------------------------x
In re:
BERNARD L. MADOFF

                Debtor.
-------------------------------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC,

                Plaintiff,

  -v-

THE ESTATE OF ROBERT SHERVYN
SAVIN and BARBARA L. SAVIN, in her
capacity as Personal Representative of the
Estate of Robert Shervyn Savin,

                Defendants.
-------------------------------------------------------x

<u>ORDER</u>

        The Plaintiff Trustee is directed to file a sur-reply brief of no more than five (5)

pages, addressing Defendants' contention at page 8 of their reply brief that the bankruptcy court

lacks equitable power to adjudicate the underlying adversary proceeding because the

Defendants' proof of claim was resolved prior to the initiation of the adversary proceeding.  The sur-reply must be filed by **May 8, 2020**.

      SO ORDERED.

Dated: New York, New York
       April 28, 2020

                                     /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                     United States District Judge